FILED
October 9, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                      )<br>             Plaintiff,                       )<br>v.                                                 )<br>                                                      )<br>DANTWOINE VERSHANE BISHOP,  )<br>                                                      )<br>             Defendant.                   ) | Case No. 2:11-cr-00460-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release DANTWOINE VERSHANE BISHOP, Case No. 2:11-cr-00460-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   **X**   Release on Personal Recognizance

   ___   Bail Posted in the Sum of:  $

           ___   Co-Signed Unsecured Appearance Bond

           ___   Secured Appearance Bond

           **X**   (Other) Conditions as stated on the record.

           **X**   (Other) The Defendant is to be released on October 10, 2012 to the custody of the Probation Officer.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   10/09/2012   at   3:45 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge